IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SYBASE, INC., a Delaware Corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| VERTICA SYSTEMS, INC., | § | JURY TRIAL DEMANDED |
| a Delaware Corporation, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF SYBASE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Sybase, Inc. ("Sybase") makes the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

1. There is no parent corporation to Sybase.

2. No publicly held corporation owns 10% or more of Sybase stock.

Dated: January 30, 2008                                     Respectfully submitted,

                                                            */s/ Michael E. Jones*
                                                            Michael E. Jones
                                                            State Bar No. 10929400
                                                            mikejones@potterminton.com
                                                            POTTER MINTON
                                                            A Professional Corporation
                                                            110 N. College, Suite 500 (75702)
                                                            P. O. Box 359
                                                            Tyler, Texas 75710
                                                            Tel: (903) 597-8311
                                                            Fax: (903) 593-0846

Scott D. Baker, *Lead Attorney*
sbaker@reedsmith.com
Doyle B. Johnson
dbjohnson@reedsmith.com
William R. Overend
woverend@reedsmith.com
Reed Smith LLP
Suite 2000
Two Embarcadero Center
San Francisco, California  94111
Tel:  (415) 659-5926
Fax: (415) 391-8269

**ATTORNEYS FOR PLAINTIFF SYBASE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 30th day of January 2008.  Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones