IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SYBASE INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:08-cv-24 [LED] |
| | § | |
| VERTICA SYSTEMS, INC. | § | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF SYBASE INC.'S
### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Having considered Plaintiff Sybase Inc.'s Motion for Leave to File Under Seal, the Court hereby **GRANTS** said Motion. It is therefore

**ORDERED** that Plaintiff is granted leave to file its Motion for Leave to File First Amended Complaint under seal. It is further

**ORDERED** that Plaintiff's Motion for Leave to File First Amended Complaint shall be deemed filed as of the original date of filing same.

**So ORDERED and SIGNED this 6th day of February, 2009.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE

{KEA\7864\0002\W0385217.2 }