**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SYBASE INC.** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:08-cv-24 [LED]** |
| | § | |
| **VERTICA SYSTEMS, INC.** | § | **JURY TRIAL DEMANDED** |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FEBRUARY 5, 2009 MOTIONS BY FEBRUARY 27, 2009**

Having considered Defendant Vertica Systems, Inc.'s Motion for Extension Of Time To Respond To Plaintiff's February 5, 2009 Motions By February 27, 2009, the Court hereby GRANTS said Motion.  It is therefore

ORDERED that Vertica Systems, Inc. shall have up to and including February 27, 2009 to respond to Sybase's MOTION for Leave to Serve Amended Infringement Contentions (Document 53) and Sybase's MOTION for Leave to File First Amended Complaint for Patent Infringement (Document 51).  Sybase shall have until March 6, 2009 to file any Reply.

**So ORDERED and SIGNED this 11th day of February, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**