IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SYBASE, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>VERTICA SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 6:08-cv-24 |

**ORDER GRANTING DEFENDANT VERTICA SYSTEMS INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Having considered Defendant Vertica Systems Inc.'s Unopposed Motion for Leave to File under Seal, the Court hereby **GRANTS** the motion and **ORDERS** that Vertica may file its Opposition to Sybase, Inc.'s Motion for Leave to File First Amended Complaint for Patent Infringement and Sybase, Inc.'s Motion for Leave to Serve Amended Infringement Contentions under seal.

**So ORDERED and SIGNED this 2nd day of March, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**