# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **SYBASE, INC.** | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | CASE NO. 6:08 CV 24 |
| **VERTICA SYSTEMS, INC.** | § | |
| **Defendant** | § | |

## ORDER

Before the Court is Jonathan Lee Riches Notice of Appeal (Docket No. 42), which was also docketed as a motion for certificate of appealability. The notice was filed before the denied Riches's frivolous motion to intervene. The certificate of appealability is equally frivolous and is **DENIED**.

**So ORDERED and SIGNED this 2nd day of July, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**